RECEIVED

JUN 15 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

6/11/21

To Clerk of the Court,

Several weeks ago I filed an "amended" complaint under 42 U.S.C § 1983, in case no. 21-CV-00708-TSH, yet have not received confirmation of such lodgement. Case name Matthew Keith Quale Jr. v. K. Allison, et al., Please, send a case status summary.

Thanks,
Rh Quale Jr.

Matthew Quale Jr.
SQSP, 2-W-65L
San Quentin, CA 94974
CDCR# AZ0961

Quale, Matthew #AZ0961
San Quentin State Prison
San Quentin, CA. 94974

SAN FRANCISCO CA 940
06/14/2021
14 JUN 2021 PM 2 L
US POSTAGE $000.51
FIRST-CLASS MAIL
ZIP 94964
041L12205024

United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102-3483

RECEIVED
JUN 15 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SAN QUENTIN
NSF
STATE PRISON

Legal Mail

94102-348999